**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

Case No.: 1:25-cv-24487-DPG

CENTER FOR BIOLOGICAL DIVERSITY and MIAMI WATERKEEPER,

*Plaintiffs*,

v.

DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; BRIAN NESVIK, in his official capacity as Director of the U.S. Fish and Wildlife Service; and the U.S. FISH AND WILDLIFE SERVICE,

*Defendants*.

**REPLY TO DEFENDANTS' STATEMENT OF MATERIAL FACTS**

In compliance with Rule 56.1 of the Local Rules of the U.S. District Court for the Southern District of Florida, Plaintiffs Reply to Defendants' Statement of Material Facts (ECF No. 29).

1. Undisputed. Plaintiffs offer the omitted, contextualizing fact that, while Congress did allocate a reduced budget, it was still nearly double what the U.S. Fish and Wildlife Service (Service) requested. *See* Greenwald Decl., Ex. B (United States Department of the Interior, Budget Justifications and Performance Information Fiscal Year 2026) (Requesting $7,375,000 for listing work); *see also* Greenwald Decl., Ex. C (H.R. 6938 -

Commerce, Justice, Science; Energy and Water Development; and Interior and Environment Appropriations Act, 2026, Pub. L. No. 119-74, 140 Stat. 5 (2026)) (Congress allocating $14,000,000).

2. Undisputed.

3. Undisputed.

4. Undisputed. Plaintiffs note that, aside from court-overseen settlement agreements, the "obligations" within its National Listing Workplan are unenforceable, internal planning benchmarks that are rarely kept. *See, e.g.*, Greenwald Decl., ¶ 14 (noting that the Miami cave crayfish was on the listing workplan for 2024 and has not yet been completed); *see also id.*, ¶ 15 (explaining that the first year of the Trump administration missed findings for 25 species scheduled in the workplan).

5. Undisputed. Plaintiffs clarify that "court-ordered" is not accurate. Instead, most of the findings Defendants highlight are pursuant to court-overseen settlement agreements such as the tentative agreement reached in this case that was rejected by Defendants. *See* ECF No. 19 ¶ 3 (explaining that, on April 3, 2026, the Parties requested a 61 day stay to finalize settlement approval after reaching an agreement in principle); *id.* ¶ 4 (explaining that more than two months later, on June 5, 2026, Defendants informed Plaintiffs that the necessary approvals could not be obtained).

DATED October 26, 2026

Respectfully submitted,

***/s/ Ragan Edward Whitlock***
Ragan Edward Whitlock (Florida Bar Number: 1034177)
rwhitlock@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Tel: (727) 426-3653

***/s/ Elise Pautler Bennett***
Elise Pautler Bennett (Florida Bar Number: 106573)
ebennett@biologicaldiversity.org
Center for Biological Diversity
P.O. Box 2155
St. Petersburg, FL 33731
Telephone: (727) 755-6950
Facsimile: (520) 623-9797

*Attorneys for Plaintiffs Center for Biological Diversity and Miami Waterkeeper*